JAMES T. McCORMACK, Respondent, *v.* GEORGE W. VENABLE
et al., Appellants.

(Argued March 16, 1892; decided April 12, 1892.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an order
made December 18, 1890, which affirmed a judgment in favor
of plaintiff entered upon a decision of the court on trial at
Special Term.

*Hugo Hirsh* for appellants.

*William M. Benedict* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

JOSEPH E. HINDS et al., Respondents, *v.* JAMES C. KELLOGG,
Appellant.

(Argued March 16, 1892; decided April 12, 1892.)

APPEAL from judgment of the General Term of the Court
of Common Pleas in and for the city and county of New York,
entered upon an order made the first Monday of June, 1891,
which affirmed a judgment in favor of plaintiffs entered upon
the report of a referee.

*Isaac N. Miller* for appellant.

*J. E. Ludden* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.